AO 240 (1/94)

**FILED**
JAN 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

IN THE _____ DISTRICT OF Columbia

ANTHONY GRAZIANO,
Plaintiff

v.

FBI, ET AL.,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 0036

I, ANTHONY GRAZIANO, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  FCC FORREST CITY, AR

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    N/A

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    (CANNOT RECALL) WORKED IN RECREATION DEPT AT FCC FOR APPROX $5/mo.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends            ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
    d. Disability or workers compensation payments     ☐ Yes   ☒ No
    e. Gifts or inheritances                           ☒ Yes   ☐ No
    f. Any other sources                               ☒ Yes   ☐ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  GIFTS + DONATIONS FROM FRIENDS AND RELATIVES — EXACT NAMES, DATES + AMOUNTS I CANNOT RECALL

3

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. ___0___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

12/4/05                    X  Anthony [signature]
DATE                       SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __465.41__ on account to his/her credit at (name of institution) __FCC FORREST CITY - MEDIUM__. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ __486.64__.

12-7-05                    [signature]
DATE                       SIGNATURE OF AUTHORIZED OFFICER