| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Anthony Graziano | COURT CASE NUMBER<br>06-0036# RCL   06-36 |
| DEFENDANT<br>Federal Bureau of Investigation, et al | TYPE OF PROCESS<br>Summons in a Civil Action |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- Fedearl Bureau of Prisons
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- 320 Fisrt Street, NW, Washington, DC 20534

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2006 JAN 13 A 11:50 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 1/13/06 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Alma Lopez, Assistant General Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1-19-06    Time: 3:45 pm

Signature of U.S. Marshal or Deputy: Stephen K Owens #3879

| Service Fee $45.00 | Total Mileage Charges (including endeavors) 0 | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

RECEIVED
JAN 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)