```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,                  )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )  Civil Action No. 06-36 RCL
                                   )
FEDERAL BUREAU OF                  )
    INVESTIGATION, et al.,         )
                                   )
        Defendants.                )
                                   )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time until April 24, 2006, to respond to the Complaint in this action.  Plaintiff, a prisoner proceeding *pro se*, provides no telephone number at which he can be contacted, and was not contacted to determine his position on this motion.[1]

This request is made, because, counsel for the fifteen agency defendants is attempting to gather the necessary information that will allow the completion of a dispositive

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

motion in this action.  He has, however, not yet been able to complete the process.  This is due, in large part, to the large number of agency components with which counsel must communicate to gather the information, and the need for some of those components, in turn, to secure additional information from others.  In addition, counsel must prepare for two court of appeals arguments and a trial scheduled in the next month.  These and other responsibilities will not allow for the completion of the needed filing within the time currently allowed.

   Accordingly, Defendants request an enlargement of time until April 24, 2006.  A proposed Order consistent with this motion is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made by mailing copies thereof to:

ANTHONY GRAZIANO
\# 48743-080
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, Arkansas  72336

on the 17th day of February, 2006.

                                        W. MARK NEBEKER, DC Bar #396739
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, DC  20530
                                        (202) 514-7230