UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY GRAZIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-36 RCL |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION OF Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that Defendants' Motion be and is hereby GRANTED; and the time by which Defendants may answer or otherwise respond to the Complaint in this action be and is hereby enlarged up to and including April 24, 2006.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

ANTHONY GRAZIANO
# 48743-080
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, Arkansas  72336