UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,            )
                             )
            Plaintiff,       )
                             )
        v                    )   CASE No. 06-0036 (CKK)
                             )
FBI, et al.,                 )
                             )
            Defendants.      )

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

   NOW COMES, Plaintiff, ANTHONY GRAZIANO, Pro Se, a federal prisoner, and respectfully moves this Court to enter partial summary judgement in his favor and against defendants, each and every one of them, as to the issue of exhaustion of remedies only. In support, he states:

1. Plaintiff feels there is no genuine issue as to any material fact on the sole issue of exhaustion of the administrative remedies under the FOIA in each of the counts of this suit and as to each and every defendant in this suit. He believes he is entitled to judgement as a matter of law because there is no dispute as to the issue of exhaustion in each and every count. There therefore is no reason for a trial as to whether plaintiff has fully exhausted all administrative remedies.
2. Plaintiff therefore asks the court to only look at the law in relation to those facts and then determine if those undisputed facts justify the legal conclusion that plaintiff has fully exhausted all administrative remedies in relation to each count and each defendant in this cause.
3. In support of this instant motion for partial summary judgement plaintiff submits the attached exhibits No. 1 through 113, et al and a sworn affidavit of ANTHONY GRAZIANO verifying the authenticity of each and every exhibit. These exhibits and affidavit in support establish the facts that plaintiff relies upon to support his contention that he has fully exhausted all administrative remedies as to each count and to each defendant herein.
4. Plaintiff therefore asks for partial summary judgement in his favor and against each and every defendant in this suit and as to each and every count, on the issue of exhaustion of administrative remedies only.

WHEREFORE, Plaintiff prays for partial summary judgement as above.

Respectfully Submitted this 19TH day of February, 2006.

By _____
ANTHONY GRAZIANO, Pro Se
No. 48743-080
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

STATE OF ARKANSAS        )
                         )        SS:           AFFIDAVIT
ST FRANCIS COUNTY        )

    I, ANTHONY GRAZIANO, after having been duly sworn and under oath, hereby depose and state as follows:

    That attached hereto are exhibits number 1 through 113 with some exhibits enumerated with subnumbers.

    Each of these exhibits are true and correct copies of the original letters that I mailed or received from the 15 federal agencies named in the attached cause numbered suit.

    These exhibits portray the fact that I have exhausted all available administrative remedies in my efforts to obtain records under the FREEDOM OF INFORMATION ACT.

    I have either personally mailed each one of them or personally received each one of them, depending upon the circumstances. I have done all I could via these letters to exhaust all available remedies.

    This affidavit is being made of my own personal knowledge of the exhaustion of remedies.

    I declare under the penalty of perjury that the aforementioned is true and correct.

    Further affiant sayeth naught.

Executed this 13th day of February, 2006.

By _____
ANTHONY GRAZIANO, Affiant

(28 USC Section 1746)