# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Anthony Granziano**

       Plaintiff(s),

       vs.                   Civil Case No: **06-36 CKK**

**FBI, et al.,**

       Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits to plaintiffs' motion for partial summary judgment have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

       **NANCY MAYER-WHITTINGTON**

       Clerk

**Date r**eceived: 2/21/06