**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Central Intelligency
1500 North Branch
McLean, Va. 22121

Civil Action, File Number __06-0036 rCL__

__Anthony Graziano__
V.

__Federal Bureau of Investigation, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature    1-13-06

Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Returned Via first Class Mail 2/[...] Need better address

RECEIVED 2006 JAN 13
U.S. MARSHAL DISTRICT OF COLUMBIA

RECEIVED FEB 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 1 - Clerk of Court