```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,                )
                                 )
        Plaintiff,               )
                                 )
    v.                           )  Civil Action No. 06-36 RCL
                                 )
FEDERAL BUREAU OF                )
   INVESTIGATION, et al.,        )
                                 )
        Defendants.              )
_____)
```

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Plaintiff's Motion For Partial Summary Judgment in this action.[1] Plaintiff, a prisoner proceeding pro se, provides no telephone number at which he can be contacted, and was not contacted to determine his position on this motion.[2] Because Plaintiff has referenced at least 113

---

[1] The motion bears no certificate of service, and appears to have never been properly served within the meaning of Fed. R. Civ. P. 5, but counsel has discovered the filing through examination of the Court's electronic docket. The exhibits, however, are not accessible from that electronic docket.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any

1

exhibits that were never served on Defendants, counsel asks that a date for a response to the motion be set 30 days after receipt of the motion and exhibits from Plaintiff, or the date that a response to the Complaint is served, whichever is later.

This request is made, because, counsel for the fifteen agency defendants cannot properly complete a response without the exhibits and any other documents upon which Plaintiff seeks to rely.  In addition, counsel is attempting to gather the necessary information that will allow the completion of a dispositive motion in this action and a response to Plaintiff's motion.  He has, however, not yet been able to complete that process.

Accordingly, Defendants request an enlargement of time.  A proposed Order consistent with this motion is attached.

                                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

*nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made by mailing copies thereof to:

ANTHONY GRAZIANO  
# 48743-080  
Federal Correctional Complex  
P.O. Box 3000 (Medium)  
Forrest City, Arkansas 72336

on the 28th day of March, 2006.

 

_____  
W. MARK NEBEKER, D.C. Bar #396739  
Assistant United States Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, D.C.  20530  
(202) 514-7230