```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,              )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
    INVESTIGATION, et al.,     )
                               )
        Defendants.            )
_____)
```

ORDER

UPON CONSIDERATION OF Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____, 2006, hereby

ORDERED that Defendants' Motion be and is hereby GRANTED; and the time by which Defendants may respond to Plaintiff's Motion For Partial Summary Judgment in this action be and is hereby enlarged up to and including the later of: 1) 30 days after receipt by counsel for defendants of Plaintiff's Motion For Partial Summary Judgment, including all exhibits and attachments or 2) the date on which a response to the Complaint is served.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | ANTHONY GRAZIANO |
| Assistant United States Attorney | # 48743-080 |
| Civil Division | Federal Correctional Complex |
| 555 4th Street, N.W. | P.O. Box 3000 (Medium) |
| Washington, DC 20530 | Forrest City, Arkansas 72336 |