UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0036 (RCL) |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, et al., | ) |
| | ) |
| Defendants. | ) |

**FILED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff, proceeding *pro se*, brought this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552 against numerous federal agencies. Defendants answer is not yet due. On February 21, 2006, plaintiff filed a motion for partial summary judgment. The motion was filed with 113 exhibits which are available for viewing in the Clerk's Office.

Defendants move for an extension of time to respond to plaintiff's motion. Defendants claim that plaintiff has not served them with a copy of the motion and the accompanying exhibits. Accordingly, it is

ORDERED that plaintiff serve a copy of the motion for partial summary judgment and the exhibits on defendants within 30 days of this Order. It is

FURTHER ORDERED that defendants' motion for extension of time [Dkt.# 27] is GRANTED. It is

FURTHER ORDERED that defendants file a response to plaintiff's motion for partial summary judgment within 30 days of receipt of the motion and exhibits.

DATE: 3/30/06

ROYCE C. LAMBERTH
United States District Judge