```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,               )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civil Action No. 06-36 RCL
                                )
FEDERAL BUREAU OF               )
   INVESTIGATION, et al.,       )
                                )
        Defendants.             )
                                )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action up to June 8, 2006.  Plaintiff, a prisoner proceeding pro se, provides no telephone number at which he can be contacted, and was not contacted to determine his position on this motion.[1]

This request is made, because, counsel for the fifteen agency defendants are still in the process of gathering the

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

needed information to assist in completion of an appropriate dispositive motion in this action.  Counsel have made significant efforts in this regard, but have not yet been able to complete that process.  This is due, in part, to the fact that in the past week counsel has been called upon to complete a dispositive motion in an unrelated class action, to participate in three settlement meetings that took longer than anticipated, and to address several emergency matters, one for a colleagues who was ill.  These and other responsibilities have not allowed completion of the needed reply by this date.

For these reasons, counsel seeks additional time to file a reply.  A proposed order consistent with the foregoing is attached hereto.

                                      Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

ANTHONY GRAZIANO
# 48743-080
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, Arkansas 72336

on the 21st day of April, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7230