UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-36 RCL |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION OF Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____, 2006, hereby

ORDERED that Defendants' Motion be and is hereby GRANTED; and the time by which Defendants may respond to Plaintiff's Complaint be and is hereby enlarged up to and including June 8, 2006.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | ANTHONY GRAZIANO |
| Assistant United States Attorney | # 48743-080 |
| Civil Division | Federal Correctional Complex |
| 555 4th Street, N.W. | P.O. Box 3000 (Medium) |
| Washington, DC 20530 | Forrest City, Arkansas 72336 |