IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section

("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation

Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002.

Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge

Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom

of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From

October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and

routinely worked with FOIA matters. I am also an attorney and have been licensed to practice

law in the State of Texas since 1980.

(2) In my current capacity as Section Chief of RIDS, I supervise approximately 240

employees who staff a total of ten (10) Units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and Presidential and Congressional directives.

(3) Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552 and the Privacy Act of 1974, 5 U.S.C. § 552a. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith. Specifically, I am aware of the treatment which has been afforded the FOIA /Privacy Act (FOIPA) requests of the plaintiff, for access to records pertaining to himself.

(4) The purpose of this declaration is to provide the Court and plaintiff, an explanation of the FBI's handling of plaintiff's FOIPA requests to FBIHQ and its Albany, Buffalo, Jacksonville and Miami field offices.

## CHRONOLOGY OF PLAINTIFF'S FOIPA REQUEST

(5) By letter dated June 11, 2005, plaintiff submitted a FOIPA request addressed to FBIHQ for any and all documents, records, and information in the possession of the FBI pertaining to himself.

( See Exhibit A.)

(6) By letter dated July 2, 2005, plaintiff submitted a FOIPA request to the FBI's Albany Field Office ("ALFO") for all records relating to himself. (See Exhibit B.)

(7) By letter dated July 2, 2005, plaintiff submitted a FOIPA request to the FBI's Buffalo

Field Office ("BFFO") for all records and information that he deemed pertained to himself. (See Exhibit C.)

(8)    By letter dated July 2, 2005, plaintiff submitted a FOIPA request addressed to the FBI's Jacksonville Field Office ("JKFO") for all records pertaining to himself. (See Exhibit D.)

(9)    By letter dated July 2, 2005, plaintiff submitted a FOIPA request addressed to FBI's Miami Field Office ("MMFO") for all records pertaining to himself. (See Exhibit E.)

(10)    By letter dated July 15, 2005, FBIHQ advised plaintiff that his FOIPA request had been forwarded from the JKFO. Plaintiff was advised that his request was being returned to him as it did not contain sufficient information to conduct an accurate search of the central records system at FBIHQ. The form letter also requested plaintiff to sign the form under penalty of perjury.[1] (See Exhibit F.)

(11)    By letter dated July 20, 2005, FBIHQ acknowledged plaintiff's FOIPA request and assigned it FOIPA Request No. 1025085-000. (See Exhibit G.)

(12)    By letter dated July 27, 2005, FBIHQ advised plaintiff that his FOIPA request had been forwarded from the ALFO. FBIHQ advised plaintiff that his request was being returned to him for insufficient information to conduct an accurate search of the FBI's central records system. The form letter also requested plaintiff to sign the form under penalty of perjury. (See Exhibit H.)

(13)    By letter dated August 8, 2005, FBIHQ advised plaintiff that his FOIPA request had been forwarded from the BFFO and that subsequently it was being returned to plaintiff for incomplete information that was needed to conduct an accurate search of FBIHQ's central records

---

[1] 18 U.S.C. ¶1001

system. The form letter also requested plaintiff to sign the form under penalty of perjury.  (See Exhibit I.)

(14)    By letter dated August 17, 2005, FBIHQ advised plaintiff that his FOIPA request had been forwarded from the MMFO. Plaintiff was further advised that his request was being returned to him for required information needed to conduct a search of the central records system at FBIHQ. The form letter also requested plaintiff to sign the form under penalty of perjury. (See Exhibit J.)

(15)    By letter dated October 18, 2005, FBIHQ acknowledged receipt of plaintiff's FOIPA request and assigned it Request No.1031029 (See Exhibit K.)

(16)    By letter dated November 4, 2005, FBIHQ referenced Request No. 1031029 and advised plaintiff that the information pertaining to his request was located in an investigative file which was exempt from disclosure pursuant to Title 5, United States Code, § 552 and subsections (b)(7)(A).  Plaintiff was also advised that if the file was later reviewed under FOIA guidelines, additional exemptions may be applied.  Additionally, FBIHQ advised plaintiff of his right to file an administrative appeal. (See Exhibit L.)

(17)    By letter to OIP dated November 14, 2005, plaintiff filed an administrative appeal pertaining to his FOIPA Request No. 1031029. (See Exhibit M.)

(18)    By letter dated November 30, 2005, OIP acknowledged receipt of plaintiff's administrative appeal pertaining to Request No.1031029 and assigned it number 06-0551. (See Exhibit N.)

(19)    By letter dated March 8, 2006, FBIHQ released to plaintiff 119 pages out of a total of 234 pages in response to his FOIPA Request No. 1025085.  Plaintiff was advised that certain information in the documents was exempt from disclosure pursuant to subsection (j)(2) of the

Privacy Act and subsections (b)(2), (b)(3), (b)(6), (b)(7)(C), (b)(7)(D) and (b)(7)(E). Plaintiff

was advised that a search of the indices in the Albany, Buffalo, and Jacksonville Field Offices

revealed no records responsive to his request. FBIHQ advised plaintiff that the enclosed

documents contained a rap sheet and that it was being released as it existed when this document

was placed in the file and that furthermore it may not contain revised information. FBIHQ

provided instructions on obtaining an up-dated copy of this document. Lastly, plaintiff was

advised that a referral from the U.S. Postal Inspection Service had been received and that it was

on a special locate.[2]  (See Exhibit O.)

(20)    By letter dated March 13, 2005, OIP advised plaintiff that he had appealed from

the failure of the Albany, Jacksonville, and Miami Field Offices as well as FBIHQ to respond to

his request. OIP advised plaintiff that subsequent to the filing of his appeal with OIP, he had

sought judicial review in the United States Court for the District of Columbia (Case No. 06-CV-

0036). Plaintiff was advised that his appeal file in OIP would be closed pursuant to 28 C.F.R. §

16.9 (a)(3) (2005). (See Exhibit P.)

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(21)  The Central Records System ("CRS") used by the FBI enables it to maintain all

pertinent information which it has acquired in the course of fulfilling mandated law enforcement

responsibilities. The records maintained in this CRS consist of administrative, applicant,

criminal, personnel, and other files compiled for law enforcement purposes. This system consists

of a numerical sequence of files broken down according to subject matter. The subject matter of a

---

[2]This referral was not located, however, at the request of the FBI, the U. S. Postal
Inspection Service has provided a duplicate copy which will be processed along with the MMFO
files.

file may relate to an individual, organization, company, publication, activity, or foreign

intelligence matter. Certain records in this system are maintained at FBIHQ. Records which are

pertinent to specific field offices of the FBI are maintained in those field offices.

(22)   Access to the CRS is afforded by the General Indices, which are arranged in

alphabetical order. The General Indices consist of index cards on various subject matters which

are searched either manually or through the automated indices. The entries in the General Indices

fall into two categories:

> (a) A "main" entry — A "main" entry carries the name of an individual,
> organization, activity or the like, which the main subject of a file is
> maintained in the system.

> (b) A "reference" entry — "Reference" entries, sometimes called "cross-references"
> are generally only a mere mention or reference to an individual, organization,
> etc.,which is located in the body of a communication in a file concerning the
> investigation of another individual, organization, or event.

(23)   Access to the CRS files at FBI field divisions is also afforded by the General Indices

(automated and manual), which are likewise arranged in alphabetical order, and consist of an

index on various subjects, including the names of individuals and organizations. Searches made

in the General Indices to locate records concerning particular subjects, such as those referenced

above, are made by searching the subject requested in the index. FBI field divisions have

automated indexing functions.

(24)   On October 16, 1995, the Automated Case Support ("ACS") system was

implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were

converted from automated systems previously utilized by the FBI. ACS consists of three

integrated, yet separately functional, automated applications that support case management

functions for all FBI investigative and administrative cases, which are:

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin ("OO"), which sets leads for itself and other divisions, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN"), such as fictitious number "12-CO-34567", which is utilized by all FBI offices, including FBIHQ, that are conducting or assisting in the investigation. The "12" indicates the type of investigation. "CO" is an abbreviation for the OO of the investigation, which in this example, is the Columbia Field Office. The "34567" denotes the individual case file number for the particular investigation.

(b) Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OOs are required to index; however, the LOs may index additional information as needed. UNI, an 86.1 million case management system functions for all FBI investigative and record index, provides functions to index names to cases and to search names and cases for use in FBI's investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information, such as sex, race, event date, date or place of birth, locality, Social Security number, or address.

(25) The decision to index names other than subjects, suspects, and victims is a

discretionary decision made by the investigative FBI Special Agent, the supervisor in the field division conducting the investigation, the substantive case analyst, and the supervising FBI Special Agent at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. Without a "key"(index) to this mass of information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matters or individual, i.e., "Anthony Graziano".

### SEARCHES FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(26)    Subsequent to receiving plaintiff's numerous FOIPA requests, FBIHQ searched its indices under plaintiff's name, Anthony Graziano, to locate responsive main files. The search located two main files at the MMFO which housed material regarding pending law enforcement investigations. That search also located three main files at FBIHQ which were processed and released to plaintiff. No responsive records were located at ALFO, BFFO, or JKFO. Since receipt of this litigation, the FBI again searched its indices and located no responsive files for these field offices. In the absence of a specific request for a search for cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIA requests.[3]

(27)    The search of MMFO disclosed two files, 196-MM-88637 and 245-MM-88632,

---

[3]Searches conducted at FBIHQ subsequent to receipt of plaintiff's complaint located three cross references at FBIHQ which will be processed along with the MMFO files.

both of which were determined to be active criminal investigations exempt from disclosure under

5 U.S.C. 552(b)(7)(A). Plaintiff was so advised by letter dated November 4, 2005. See Exhibit L.

(28)    Plaintiff commenced litigation in the instant case on January 11, 2006.

(29)    The search for FBIHQ files disclosed 234 pages of responsive records, 119 of

which were released to plaintiff in full or in part and 115 of which were withheld in full. Plaintiff

was provided with this information by letter dated March 8, 2006. See Exhibit O.

(30)    The search for ALFO, BFFO, and JKFO files disclosed no responsive records.

(31)    Defendant FBI has ascertained that the criminal investigation involving file 196-

MM-88637 was closed on May 17, 2006, and on June 8, 2006, the second file 245-MM-88632

was "pending inactive." These actions permit the lifting of the b(7)(A) Exemption and allows the

processing of the files. Plaintiff will be receiving records from these files on a continuing basis

until the production has been exhausted. File 196-MM-88637 is eight volumes which estimated

to be about 1600 pages. File 245-MM-88632 is between 14 and 15 volumes and is estimated to

contain about 3000 pages. No fee determinations have been made at this time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct, and that Exhibits A through P attached hereto are true and correct copies.

Executed this 8th day of June 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )        Civil Action No. 06-CV-0036 (RCL)
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
      et al.,                             )
                                          )
            Defendants.                   )

# EXHIBIT A

To: Director

Federal Bureau of Investigation

J. Edgar Hoover Building

Washington, D. C.   20530

Date: June 11, 2005

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records.  Please search SEE REFERENCE files and the I-Drives.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   ANTHONY GRAZIANO

DATE OF BIRTH : November 12, 1940

PLACE OF BIRTH :   New York, New York USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 11th day of   June                     , 2005 .

By   X _____
                              Affiant Herein

(28 USC Section 1746)

Name:   Anthony Graziano

Reg. No.,   48743-080

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL BUREAU OF INVESTIGATION, )<br>et al., )<br><br>Defendants. ) | Civil Action No. 06-CV-0036 (RCL) |

# EXHIBIT B

FROM: ALBANY

To:  Special Agent In Charge                    Date:  July 2, 2005

Federal Bureau of Investigation

200 McCarty Avenue

Albany, New York  12209

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search.

All Records

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   ANTHONY GRAZIANO

DATE OF BIRTH   November 12, 1940

PLACE OF BIRTH :   New York, New York USA

SOCIAL SECURITY NUMBER:    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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this    2nd    day of    July              2005

✓   By   X _____
                    Affiant Herein

(28 USC Section 1746)

Name:   Anthony Graziano

Reg. No.   48743-080                    2005 JUL 11  AM II: 39

Federal Correctional Complex           FBI
Box 3000 (MEDIUM)                      ALBANY
Forrest City, Arkansas 72336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT C

FROM
BF

To: _Special Agent In Charge_                                  Date: _July 2, 2005_

_Federal Bureau of Investigation_

One FBI Plaza

Buffalo, New York 14202

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME _ANTHONY GRAZIANO_

DATE OF BIRTH : _November 12, 1940_

PLACE OF BIRTH : _New York, New York USA_

SOCIAL SECURITY NUMBER: _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_

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this _2nd_ day of _July_        2005

                                    By  X _____  8/23/05
                                            Affiant Herein

(28 USC Section 1746)

Name: _Anthony Graziano_

Reg. No. _48743-080_

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO    )
           .)
           )
   Plaintiff,    )
           )
   v.       )  Civil Action No. 06-CV-0036 (RCL)
           )
FEDERAL BUREAU OF INVESTIGATION, )
   et al.,     )
           )
   Defendants.   )
           )

# EXHIBIT D

To: Special Agent In Charge

Date: July 2, 2005

Federal Bureau of Investigation

7820 Arlington Expressway, Suite 200

Jacksonville, Florida 32211

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   ANTHONY GRAZIANO

DATE OF BIRTH : November 12, 1940

PLACE OF BIRTH : New York, New York USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___2nd___ day of ___July___ , ___2005___

By X _~signature~_
Affiant Herein

(28 USC Section 1746)

Name: Anthony Graziano

Reg. No. 48743-080

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-CV-0036 (RCL) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT E

*FROM: MIAMI*

July 2, 2005

To: Special Agent In Charge                    Date: _____

Federal Bureau of Investigation

16320 N W 2nd Ave

North Miami Beach, Florida  33169

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records
_____

_____

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   ANTHONY GRAZIANO   *see attached*

DATE OF BIRTH : November 12, 1940

PLACE OF BIRTH : New York, New York USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  2nd day of _____July_____  2005 .

By  X _____
                    Affiant Herein

(28 USC Section 1746)

Name:   Anthony Graziano

Reg. No.   48743-080

    Federal Correctional Complex
    Box 3000 (MEDIUM)
    Forrest City, Arkansas 72336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                          |   |
|------------------------------------------|---|
| ANTHONY GRAZIANO                         | ) |
|                                          | ) |
|         Plaintiff,                       | ) |
|                                          | ) |
|         v.                               | )  Civil Action No. 06-CV-0036 (RCL) |
|                                          | ) |
| FEDERAL BUREAU OF INVESTIGATION,         | ) |
|         et al.,                          | ) |
|                                          | ) |
|         Defendants.                      | ) |

# EXHIBIT F



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 15, 2005

Mr. Anthony Graziano
**48743-080
Federal Correction Complex - Medium
Forrest City, AR  72336

Dear Mr. Graziano:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your request was forwarded to FBI Headquarters from the Jacksonville Field Office. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _ANTHONY GRAZIANO - 48743-080_

Current Address: _BOX 3000, FORREST CITY, AR 72336_

Date of Birth: _11/12/40_    Place of Birth: _NY, NY USA_

Daytime Telephone Number: _NONE_

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek._____

_____ _NO_ _____

_____

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature _Graziano_    Date _8/31/05_

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must mail your request into the FBI or have it notarized as the FBI can no longer accept the faxed signature after the perjury statement.

Sincerely yours,

David M. Hardy/dch

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT G

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 20, 2005

MR ANTHONY GRAZIANO
**48743-080
POST OFFICE BOX 3000
FORREST CITY, AR .72336

Request No.:  1025085- 000
Subject: GRAZIANO; ANTHONY

Dear Mr. Graziano:

☒       This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐       For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐       To make sure information about you is not released to someone else, we require your notarized ,signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐       If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐       We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐       Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO          )
                          )
          Plaintiff,      )
                          )
     v.                   )     Civil Action No. 06-CV-0036 (RCL)
                          )
FEDERAL BUREAU OF INVESTIGATION,  )
     et al.,              )
                          )
          Defendants.     )
_____)

# EXHIBIT H

*FROM : ALBANY*



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 27, 2005

*OPEN MANUAL*

Mr. Anthony Graziano
**48743-080
Box 3000 (Medium)
Forrest City, AR 72336

Dear Mr. Graziano:

      Your Freedom of Information-Privacy Acts (FOIPA) request was forwarded to FBI Headquarters from our Albany Field Office and is being returned to you. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _Anthony Graziano 48743 - 080_

Current Address: _Box 3000 - Forrest City, AR 72336_

Date of Birth: _11/12/40_  Place of Birth: _NY, NY USA_

Daytime Telephone Number: _____

      You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

      Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature _____  Date _9/11/05_

      To initiate your FOIPA request, please return the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.

                    Sincerely yours,

                    David M. Hardy/kb

                    David M. Hardy
                    Section Chief,
                    Record/Information
                      Dissemination Section
                    Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY GRAZIANO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 06-CV-0036 (RCL)

# EXHIBIT I



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 8, 2005

OPEN
MANUAL

Mr. Anthony Graziano
**48743-080
Federal Correctional Complex (Medium)
Post Office Box 3000
Forrest City, AR 72336

Dear Mr. Graziano:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your request was forwarded to FBI Headquarters from the Buffalo Field Office. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _ANTHONY GRAZIANO    48743-080_

Current Address: _BOX 3000 (MEDIUM) FORREST CITY ARKANSAS 72336_

Date of Birth: _11/12/40_  Place of Birth: _NY, NY   USA_

Daytime Telephone Number: _____ NONE____

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

_N/A_

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _____          Date: _8/23/05_

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must mail your request to the FBI or have it notarized as the FBI can no longer accept faxed signatures after the perjury statement.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO ,       ) | |
|                      ) | |
|       Plaintiff,       ) | |
|                      ) | |
|       v.                 ) | Civil Action No. 06-CV-0036 (RCL) |
|                      ) | |
| FEDERAL BUREAU OF INVESTIGATION,  ) | |
|      et al.,                ) | |
|                      ) | |
|       Defendants.       ) | |

# EXHIBIT J



**U.S. Department of Justice**

OPEN NOIZ-1

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 17, 2005

Mr. Anthony Graziano
**48743-080
Federal Correctional Complex (Medium)
Post Office Box 3000
Forrest City, AR  72336

Dear Mr. Graziano:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your request was forwarded to FBI Headquarters from the Miami Field Office. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary: ✓

Full Name: _ANTHONY  GRAZIANO , 48743-080_

Current Address: _Box 3000 - Forrest City , AR 72336_

Date of Birth: _11 / 12 / 1940_  Place of Birth: _New York, NY USA_

Daytime Telephone Number: _NONE_

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

_N/A_

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature _____    Date _9 / 17 / 05_

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must mail your request to the FBI or have it notarized as the FBI can no longer accept faxed signatures after the perjury statement.

Sincerely yours,

David M. Hardy /deh

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT K



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*October 18, 2005*

MR ANTHONY GRAZIANO
**48743-080
FEDERAL CORRECTIONAL COMPLEX (MEDIUM)
POST OFFICE BOX 3000
FORREST CITY, AR 72336

Request No.: 1031029- 000
Subject: GRAZIANO, ANTHONY

Dear Mr. Graziano:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO                    )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil Action No. 06-CV-0036 (RCL)
                                    )
FEDERAL BUREAU OF INVESTIGATION,    )
        et al.,                     )
                                    )
            Defendants.             )
                                    )

# EXHIBIT L



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 4, 2005

MR ANTHONY GRAZIANO
**48743-080
FEDERAL CORRECTIONAL COMPLEX (MEDIUM)
POST OFFICE BOX 3000
FORREST CITY, AR 72336

Request No.: 1031029- 000
Subject: GRAZIANO, ANTHONY

Dear Mr. Graziano:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A)and (b)(7)(C). For an explanation of these exemptions see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosure (2)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT M

11/23/05    06-0551    PA
(A)
FBI

**FOIA APPEAL**    Date: November 14, 2005

To: Co-Director

Office of Information & Privacy    RE: FOIA to    FBI

Department of Justice.    Request No. 1031029-000

FLAG BUILDING, Suite 570    Date of Request: denial 11/4/05

Washington, D.C.   20530

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

_____ FBI _____ in conjunction to my request for records.
(check appropriate box or boxes below)

_____   The agency has not responded and the time limits within which
        to do so has expired.
_____   The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
  X     The agency has blanket denied release of records.

_____   The agency has released certain records and withheld some
        by claiming certain exemptions.
_____   The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____   The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____   The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
_____   I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the arameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                        Sincerely,
                        X _Graziano (signature)_
**OFFICE OF INFORMATION**      (name) Anthony Graziano
**AND PRIVACY**
                        (No.)    48743-080
**NOV 23 2005**
                        Federal Correctional Complex
**RECEIVED**
                        Box 3000 (MEDIUM)

                        Forrest City, Arkansas 72336

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,                    )
                                     )
            Plaintiff,               )
                                     )
        v.                           )      Civil Action No. 06-CV-0036 (RCL)
                                     )
FEDERAL BUREAU OF INVESTIGATION,     )
        et al.,                      )
                                     )
            Defendants.              )
                                     )

# EXHIBIT N



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

**NOV 3 0 2005**

11-30-05

Mr. Anthony Graziano
Register No. 48743-080
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

        Re:  Request No. 1031029

Dear Mr. Graziano:

        This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on November 23, 2005.

        The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0551**.  Please mention this number in any future correspondence to this Office regarding this matter.

        We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                Sincerely,

                                Priscilla Jones
                                Chief, Administrative Staff

Received
12-9-05
sbm/pr

Cramer/Davis
(b7A)

FBI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY GRAZIANO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-0036 (RCL) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT O



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR ANTHONY GRAZIANO
**48743-080
POST OFFICE BOX 3000
FORREST CITY, AR 72336

March 8, 2006

Subject: GRAZIANO, ANTHONY

FOIPA No.  1025085- 000

Dear Requester:

 The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

<table>
<tr><td align="center">**Section 552**</td><td></td><td align="center">**Section 552a**</td></tr>
<tr><td>☐(b)(1)</td><td>☐(b)(7)(A)</td><td>☐(d)(5)</td></tr>
<tr><td>☒(b)(2)</td><td>☐(b)(7)(B)</td><td>☒(j)(2)</td></tr>
<tr><td>☒(b)(3)  Federal Rules of Criminal</td><td>☒(b)(7)(C)</td><td>☐(k)(1)</td></tr>
<tr><td> Procedure, Rule 6 (e);</td><td>☒(b)(7)(D)</td><td>☐(k)(2)</td></tr>
<tr><td> Title 18, U. S. Code, Sections</td><td>☒(b)(7)(E)</td><td>☐(k)(3)</td></tr>
<tr><td> 2510, et seq</td><td>☐(b)(7)(F)</td><td>☐(k)(4)</td></tr>
<tr><td>☐(b)(4)</td><td>☐(b)(8)</td><td>☐(k)(5)</td></tr>
<tr><td>☐(b)(5)</td><td>☐(b)(9)</td><td>☐(k)(6)</td></tr>
<tr><td>☒(b)(6)</td><td></td><td>☐(k)(7)</td></tr>
</table>

234  **page(s)** were reviewed and 119  **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

 ☐  referred to the OGA for review and direct response to you.

 ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

 ☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident. references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, a search of the indices of our Albany, Buffalo, and Jacksonville field offices revealed no records responsive to your request.

The enclosed documents from our central records system files contain a copy of an identification record or "rap sheet". We are releasing this identification record to you as it existed when it was placed in the file. However, it may not reflect current information. If you want an up-to-date copy, please comply with the instructions as set forth on the enclosed copy of Attorney General Order 556-73. Fingerprint impressions are needed for comparison with records in the Criminal Justice Information Services (CJIS) Division (formerly the FBI Identification Division) to ensure that a individual's identification record is not disseminated to an unauthorized person.

A referral has been received from the U. S. Postal Inspection Service. This referral is on special locate. When located, it will be reviewed, and if responsive, all releasable information will be forwarded to you.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0036 (RCL) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |


# EXHIBIT P



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                                   _Washington, D.C. 20530_

Mr. Anthony Graziano                         **MAR 1 3 2006**
Register No. 48743-080                             *3-13-06*
Federal Correctional Complex          Re:    Appeal No. 06-0402
Post Office Box 3000                                  Request Nos. 1025085 and 1031029
Forrest City, AR  72336                            JGM:JTR

Dear Mr. Graziano:

        You appealed from the action of the Federal Bureau of Investigation on your request for
access to records concerning yourself.  Specifically, you appealed from the failure of the Albany,
Jacksonville, and Miami Field Offices, as well as the Headquarters Office, of the FBI to respond
to your request.

        I have been informed that, subsequent to the filing of your appeal with this Office, you
filed a complaint for judicial review of the action of the FBI in the United States District Court
for the District of Columbia (Case No. 06-0036).  Inasmuch as this matter is now before the
Court, any action by this Office would be inappropriate.  I am, therefore, closing your appeal file
in this Office pursuant to 28 C.F.R. § 16.9(a)(3) (2005).

                                Sincerely,

                                Daniel J. Metcalfe
                                Director

                                Janice G. McLeod
                                Senior Counsel

Received
3-23-06

FBI

Cromer/A. Davis