UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,                )
                                 )
        Plaintiff,                )
                                 )
   v.                            ) Civil Action No. 06-36 RCL
                                 )
FEDERAL BUREAU OF                )
   INVESTIGATION, et al.,        )
                                 )
        Defendants.               )
_____)

ORDER

Upon consideration of FBI's Motion To Dismiss In Part Or, In The Alternative, For Partial Summary Judgment And For Stay Pending Processing Of The Remaining Records and based upon the entire record herein, it is this _____ day of _____, 2006, hereby

ORDERED that the FBI's Motion To Dismiss In Part Or, In The Alternative, For Partial Summary Judgment And For Stay Pending Processing Of The Remaining Records be and is hereby granted; and it is

FURTHER ORDERED that all claims against the FBI based upon claimed records in the FBI Headquarters, the Buffalo Field Office, the Albany Field Office and the Jacksonville Field Office be and are hereby dismissed; and it is;

FURTHER ORDERED that the briefing as to the remaining claims against the FBI (i.e. those involving documents in the Miami Field Office) shall be stayed, pending processing of the records; and it is;

    FURTHER ORDERED that the FBI shall provide periodic updates on the processing of the documents every ___ days, including a final report when all documents from the FBI Miami Field Office have been processed; following which Plaintiff shall have 30 days to identify in writing any of the FBI's withholdings which he seeks to challenge.  Within 30 days thereafter the parties shall file a proposed briefing schedule for the filing of a dispositive motion as to those withholdings.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                     ANTHONY GRAZIANO
Assistant United States Attorney    # 48743-080
Civil Division                      Federal Correctional Complex
555 4th Street, N.W.                P.O. Box 3000 (Medium)
Washington, DC 20530                Forrest City, Arkansas 72336

ANTHONY GRAZIANO
# 48743-080
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL  33101