```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,              )
                               )
        Plaintiff,             )
                               )
    v.                         )  Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION, et al.,      )
                               )
        Defendants.            )
                               )
```

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, the grounds stated therefore, and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED that Defendants' motion to dismiss should be and it hereby is granted; and it is,

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530


ANTHONY GRAZIANO
# 48743-080
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL 33101
```