```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,              )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION, et al.,      )
                               )
        Defendants.            )
                               )
```

**MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to LCvR 7(e), a Memorandum in Support of a Motion shall not exceed 45 pages. Defendants will file a Motion to Dismiss or, in the Alternative, Summary Judgment in this FOIA case on June 8, 2006. Defendants will be responding on behalf of the following entities: Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Marshals Service, Criminal Division, Federal Bureau of Prisons, Drug Enforcement Administration, Internal Revenue Service, Tax Division, Central Intelligence Agency, United States Customs and Border Patrol, United States Postal Inspection Service, USNCB - Interpol, United States Secret Service, National Security Agency, and the Executive Office of the United State Attorney. Because of the lengthy declarations from each office, defendants Memorandum will exceed 45 pages. Accordingly, defendants respectfully request permission to file the Memorandum in Support of its Motion in excess of 45 pages.

Counsel was unable to reach plaintiff to obtain his views on this Motion because he is incarcerated.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

ANTHONY GRAZIANO
# 48743-080
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

ANTHONY GRAZIANO
# 48743-080
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, Arkansas 72336

                                                  _____
                                                  W. MARK NEBEKER, D.C. Bar #396739
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  555 4th Street, N.W.
                                                  Washington, D.C.  20530
                                                  (202) 514-7230