```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

ANTHONY GRAZIANO,              )
                               )
        Plaintiff,             )
                               )
   v.                          )  Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION, et al.,      )
                               )
        Defendants.            )
_____)

## NOTICE REGARDING BULKY EXHIBITS

The declarations supporting Defendants' Motion to Dismiss Or, in the Alternative Summary Judgment are quite bulky and are being maintained in the Clerk's Office on a CD-Rom. These include declarations of:

1. Leila I. Wassom of the Drug Enforcement Administration;
2. Gregory A. Smith of the Financial Crimes Enforcement Network;
3. John W. Kornmeier of the Executive Office for United States Attorneys;
4. William E. Bordley of the United States Marshals Service;
5. Karen Summers of the Bureau of Prisons;
6. Averill P. Graham of the Bureau of Alcohol, Tobacco, Firearms, and Explosives;
7. Scott A. Koch of the Central Intelligence Agency;
8. Kathy Hsu of the Criminal Division of the United States Department of Justice;
9. Louis F. Giles of the National Security Agency;
10. Joel D. McMcMahan of the Internal Revenue Service;
11. Alan S. Fogel of the Internal Revenue Service;
12. Lynne Freeman of the United States Postal Inspection Service;
13. Mark Sullivan of the United States Secret Service;
14. Dorothy Pullo of the United States Customs and Border Protection;
15. Shari Suzuki of the United States Customs and Border Protection;
16. Dorothy S. Beaty of the U.S. National Central Bureau (Interpol);

17. J. Brian Ferrel of the Tax Division of the United States Justice Department;
18. David M. Hardy of the Federal Bureau of Investigation;
19. Johnny D. Rosner of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m. Monday through Friday beginning on June 12, 2006. Paper copies of the declarations were served on plaintiff on June 14, 2006. A courtesy copy of both paper copies and the CD-Rom are being delivered to Chambers on June 9, 2006.

Dated: June 8, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7230

**CERTIFICATE OF SERVICE**

I hereby certify that I have placed a copy of the foregoing DEFENDANTS' NOTICE REGARDING BULKY EXHIBITS in the United States mail, via first class, postage paid, delivery to:

> ANTHONY GRAZIANO
> # 48743-080
> FDC Miami
> Federal Detention Center
> P.O. Box 019120
> Miami, FL 33101

on this 8th day of June, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7230