UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY GRAZIANO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-36 (RCL) |
| | ) | |
| **FBI,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's motion [23] to this Court to enter partial summary judgment in his favor and against defendants, and upon the record in this case, it is hereby

ORDERED that plaintiff's motion for partial summary judgment is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 29, 2006.