UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY GRAZIANO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-36 (RCL) |
| | ) |
| **FEDERAL BUREAU OF** | ) |
| **INVESTIGATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Defendant Federal Bureau of Investigation has filed a motion to dismiss in part or, in the alternative for partial summary judgment and for a stay pending processing of the remaining records. The other defendants have filed a motion to dismiss or, in the alternative, for summary judgment. Plaintiff is proceeding *pro se*. The Court ordered plaintiff to respond to the motions by July 12, 2006. Plaintiff was advised that if he failed to respond to the motions, the Court could assume that the motions were conceded, grant the motions and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff has not filed a response to the defendants' motions. Accordingly, it is

ORDERED that the FBI's motion to dismiss in part or, in the alternative, for summary judgment [31] is GRANTED. It is

FURTHER ORDERED that all claims against the FBI based upon claimed records in the FBI Headquarters, the Buffalo Field Office, the Albany Field Office and the Jacksonville Field Office are DISMISSED. It is

FURTHER ORDERED that FBI's motion for stay pending processing of the remaining the briefing as to the remaining claims against the FBI (i.e. those involving documents in the

Miami Field Office) [34] is GRANTED. It is

FURTHER ORDERED that the FBI shall provide periodic updates on the processing of the documents every 30 days, including a final report when all documents from the FBI Miami Field Office have been processed; following which Plaintiff shall have 30 days to identify in writing any of the FBI's withholdings which he seeks to challenge. Within 30 days thereafter the parties shall file a proposed briefing schedule for the filing of a dispositive motion as to those withholdings. It is

FURTHER ORDERED that the motion to dismiss or, in the alternative, for summary judgment, filed by defendants Drug Enforcement Agency, Interpol- U.S. National Central Bureau, Bureau of Prisons, Department of Justice, Criminal Division, Executive Office for United States Attorneys, National Security Agency, Central Intelligence Agency, United States Postal Service, United States Marshals Service, United States Secret Service, United States Customs and Border Protection, Bureau of Alcohol, Tobacco, Firearms and Explosives, Department of Justice, Tax Division, and Internal Revenue Service [32] is GRANTED. These defendants are DISMISSED.

_____/s/_____
ROYCE C. LAMBERTH
United States District Judge

DATE: January 24, 2007