UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-36 RCL |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STATUS REPORT BY THE FEDERAL BUREAU OF INVESTIGATION

Pursuant to the Court's January 24, 2007 Order, the Federal Bureau of Investigation ("FBI") hereby provides the following status report to the Court and Plaintiff.

On January 29, 2007, the FBI sent a letter to the plaintiff[1] indicating that as of the date of the letter, the FBI had not received payment of fees in the amount of $25.90 for the September 29, 2006 release to plaintiff (1st release) and November 30, 2006 release to plaintiff (2nd release), which

---

[1] A copy of the letter is attached hereto. It was addressed to the current address provided by the inmate locator available on the Bureau of Prison's website (bop.gov). See Blackshear v. Federal Bureau of Prisons, 2006 WL 2417291, *1 (D.N.J. 2006)(taking judicial notice of information on the website). Plaintiff should take notice that he is obliged to notify the Court of any change of address. See Local Civ. R. 11.1 ("Notice of change in address or telephone number of any attorney or party not represented by an attorney must be filed within 10 days of the change."); Local Civ. R. 83.23 ("A dismissal for failure to prosecute may be ordered by the court upon motion by an adverse party, or upon the court's own motion. An order dismissing a claim for failure to prosecute shall specify that the dismissal is without prejudice, unless the court determines that the delay in prosecution of the claim has resulted in prejudice to an opposing party.").

totaled 359 pages. The letter indicated that no fees were assessed for the first 100 pages of records released. The letter also stated that the FBI had processed a third interim release (3rd release) consisting of 251 pages which would be mailed to Plaintiff when the FBI had received payment, in the amount of $51.00 for material totaling 510 pages (for the 1st, 2nd, and 3rd releases). Finally, this letter stated that if the FBI does not receive payment within thirty (30) days from the date of the January 29, 2007 letter, no additional documents will be released and plaintiff's request would be administratively closed.[2] As of

---

[2] The Court may recall that Plaintiff had earlier failed timely to pay fees assessed under the Freedom of Information Act by the Executive Office for United States Attorneys, see Kornmeier Decl. ¶¶ 6-7; thus prepayment was called for by the FBI. See 5 U.S.C. §552(a)(4)(A)(v); 28 C.F.R. § 16.11(i)(3) ("Where a requester has previously failed to pay a properly charged FOIA fee to any component or agency within 30 days of the date of billing, a component may require the requester to pay the full amount due. . . before the component . . . continues to process a pending request from that requester."); Trueblood v. U.S. Dept. of Treasury, I.R.S., 943 F. Supp. 64, 68 (D.D.C. 1996) (failure to pay fees is a jurisdictional defense that can be raised at any time).

February 23, 2007, the FBI has received no response from Plaintiff to the January 29, 2007 letter.

                Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ W. Mark Nebeker
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

Case 1:06-cv-00036-RCL   Document 40   Filed 02/26/2007   Page 4 of 5



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR ANTHONY GRAZIANO  
\*\*48743-080  
FCI LORETTO  
FEDERAL CORRECTIONAL INSTITUTION  
POST OFFICE BOX 1000  
LORETTO, PA 15940

January 29, 2007

Request No.: 1031029- 001  
Subject: GRAZIANO, ANTHONY

Dear Mr. Graziano:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request.

To date, the FBI has not received payment of fees in the amount of **$25.90** for your September 29, 2006 and your November 30, 2006 release of documents totalling **359** pages. No fees were assessed for the first 100 pages. Additionally, we have also processed a third interim release consisting of **251** pages which is ready to be mailed to you. Therefore, prior to making a third release of documents, we are requesting payment within thirty (30) days of the date of this letter in the amount of **$51.00** for material totalling **510** pages. Your check or money order should be made payable to the Federal Bureau of Investigation and should also include the FOIPA request number **1031029-001** so that we may be able to administratively track your payment.

Please be advised that if the FBI does not receive payment within thirty (30) days from the date of this letter, no additional documents will be released and your request will be administratively closed.

Sincerely yours,

David M. Hardy  
Section Chief  
Record/Information  
  Dissemination Section  
Records Management Division



CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Status Report By The Federal Bureau Of Investigation and attachment has been made by mailing copies thereof to:

ANTHONY GRAZIANO
Reg. No. 48743-080
FCI LORETTO
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Loretto, PA  15940

and

ANTHONY GRAZIANO
No. 48743-080
FEDERAL CORRECTIONAL COMPLEX
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

on this 26th day of February, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230