```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

ANTHONY GRAZIANO,              )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION, et al.,      )
                               )
        Defendants.            )
                               )

SECOND STATUS REPORT BY THE FEDERAL BUREAU OF INVESTIGATION

Pursuant to the Court's January 24, 2007 Order, the Federal Bureau of Investigation ("FBI") hereby provides the following status report to the Court and Plaintiff.

As reflected in greater detail in the accompanying Second Declaration of David M. Hardy, Plaintiff has failed to satisfy his obligation to arrange for payment of outstanding fees in this Freedom of Information Act action. As a result, Plaintiff may not proceed. See 28 C.F.R. § 16.11(i)(3); 5 U.S.C. § 552(a)(4)(A)(v). An agency may require payment of fees even if the FOIA request has become the subject of litigation. See, e.g., Trueblood v. U.S. Dept. of Treasury, IRS, 943 F. Supp. at 68 (failure to pay fees is a jurisdictional defense that can be raised at any time); see also Pollack v. Department of Justice, 49 F.3d 115, 117, 119-20 (4th Cir. 1995) ("we affirm the district court's judgment [for DOJ] because Pollack refused to pay the required fees for search and duplicating costs or to obtain a waiver of that requirement").

Because, as noted in Trueblood, the failure to pay these fees can be seen as a jurisdictional bar to suit, the Court may dismiss the matter sua sponte. See Fed. R. Civ. P. 12(h)(3) ("Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."). The Court may wish to order Plaintiff to show cause why the remainder of this action should not be dismissed; but if the Court does not dismiss the action or call upon Plaintiff to show cause why his failure to pay the outstanding fees does not warrant dismissal, counsel for the FBI anticipate the filing of a motion to dismiss within two weeks.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>                                   </u>CERTIFICATE OF SERVICE

     I hereby certify that service of the foregoing Second Status Report By The Federal Bureau Of Investigation and attachment has been made by mailing copies thereof to:

ANTHONY GRAZIANO  
Reg. No. 48743-080  
FCI LORETTO  
FEDERAL CORRECTIONAL INSTITUTION  
P.O. Box 1000  
Loretto, PA  15940

and

ANTHONY GRAZIANO  
No. 48743-080  
FEDERAL CORRECTIONAL COMPLEX  
Box 3000 (MEDIUM)  
Forrest City, Arkansas 72336

on this 28th day of March, 2007.

                               _____  
                               W. MARK NEBEKER, DC Bar #396739  
                               Assistant United States Attorney  
                               Civil Division  
                               555 4th Street, N.W.  
                               Washington, DC  20530  
                               (202) 514-7230