IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>et al., )<br>)<br>Defendant. ) | Civil Action No. 06-36 (RCL) |

## SECOND DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)  I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked FOIA matters. I am an attorney and have been licensed to practice law in the State of Texas since 1980.

(2)  In my current capacity as Section Chief of RIDS, I supervise approximately 200 employees who staff a total of ten (10) units and a field operational service center unit whose

collective mission is to effectively plan, develop, direct, and manage responses to requests for access to Federal Bureau of Investigation ("FBI") records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the July 2, 2005 FOIA/Privacy Act request of Anthony Graziano to the FBI's Miami Field Office ("MMFO") for all records pertaining to himself.

(4)     The purpose of this declaration is to provide an update to the Court with regard to the status of plaintiff's July 2, 2005 FOIA/Privacy Act request.

## STATUS OF PLAINTIFF'S REQUEST

(5)     Pursuant to the Court's Order of January 24, 2007, the FBI hereby provides the following status report to the Court and plaintiff.

(6)     In a letter dated January 29, 2007, concerning records responsive to plaintiff's July 2, 2005 FOIA/Privacy Act request to the MMFO, the FBI advised plaintiff that it had not received a payment of fees in the amount of $25.90 for the September 29, 2006 release to

plaintiff ("first release") and the November 30, 2006 release to plaintiff ("second release"), which totaled 359 pages. In this letter, FBIHQ also advised plaintiff that a third release consisting of 251 pages would be mailed to him when the FBI received a payment of $51.00 for material totaling 510 pages--for the first, second, and third releases. Finally, the January 29, 2007 letter stated that if the FBI did not receive payment within thirty (30) days from the date of the letter, it would administratively close plaintiff's request.

(7)   As of March 26, 2007, the FBI has received no response from plaintiff to its January 29, 2007 letter. No payment of the outstanding fees has been received from plaintiff or from anyone on plaintiff's behalf. In the absence of payment from plaintiff, the FBI has discontinued processing the responsive records, and will proceed to close administratively his FOIA request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2007.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.