```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

ANTHONY GRAZIANO,              )
                               )
       Plaintiff,         )
                               )
  v.                           ) Civil Action No. 06-36 RCL
                               )
FEDERAL BUREAU OF              )
   INVESTIGATION, et al.,     )
                               )
       Defendants.        )
_____)

## ORDER

Upon consideration of the Federal Bureau Of Investigation's Motion To Dismiss Or, In The Alternative, For Summary Judgment and based upon the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED that the Federal Bureau Of Investigation's Motion To Dismiss Or, In The Alternative, For Summary Judgment be and is hereby granted; and it is

FURTHER ORDERED that this action be and is hereby DISMISSED with prejudice.

                                                     UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER                      ANTHONY GRAZIANO
Assistant United States Attorney     # 48743-080
Civil Division                       Federal Correctional Complex
555 4th Street, N.W.                 P.O. Box 3000 (Medium)
Washington, DC 20530                 Forrest City, Arkansas 72336

ANTHONY GRAZIANO
# 48743-080
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL  33101
```