UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY GRAZIANO,** )<br>)<br>    **Plaintiff,** )<br>)<br>v.   )<br>)<br>**FEDERAL BUREAU OF** )<br>**INVESTIGATION, et al.,** )<br>)<br>    **Defendants.** ) | Civil Action No. 06-36 (RCL) |

## ORDER

        Defendant Federal Bureau of Investigation filed a motion to dismiss, in the alternative for summary judgment on April 11, 2007.  Plaintiff is proceeding *pro se*.  The Court ordered plaintiff to respond to the motion by May 12, 2007.  Plaintiff was advised that if he failed to respond to the motion, the Court could assume that the motion was conceded and dismiss the case.  *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

        Plaintiff has not filed a response to the defendant's motion.  Accordingly, it is

        ORDERED that the Federal Bureau of Investigation's motion to dismiss or, in the alternative, for summary judgment [42] is GRANTED.   It is

        FURTHER ORDERED that all claims against the Federal Bureau of Investigation are DISMISSED.

                                                        _____/s/_____
                                                        ROYCE C. LAMBERTH
                                                        United States District Judge

DATE: June 27, 2007